IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUMENCO, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>THE UNITED STATES,<br><br>       Defendant,<br><br>GIESECKE+DEVRIENT GMBH,<br><br>       Third-Party Defendant. | No. 24-1052 C<br><br>Judge Molly R. Silfen |

## NOTICE OF APPEARANCE

To the Clerk:

      Please enter the appearance of Andrew M. Curran as attorney of record for the United States. Service of all papers by mail through the United States Postal Service should be addressed as follows:

> Andrew M. Curran
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> Department of Justice
> Washington, DC 20530

Service of all papers by other methods, such as Federal Express and messenger, should be addressed as follows:

> Andrew M. Curran
> Trial Attorney
> Commercial Litigation Branch
> 1100 L Street, NW
> Room 8512
> Washington, DC 20005

-1-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | YAAKOV M. ROTH |
|  | Acting Assistant Attorney General |
|  |  |
|  | SCOTT BOLDEN |
|  | Director |
| Of Counsel: |  |
| PHILIP CHARLES STERNHELL | s/ Andrew M. Curran |
| MATTHEW TANNER | ANDREW M. CURRAN |
| Department of Justice | Trial Attorney |
|  | Commercial Litigation Branch |
| HEATHER SIGRIST BOOK | Civil Division |
| KATHERINE A. ALLEN | Department of Justice |
| RACHEL MCGUANE | Washington, D.C. 20530 |
| Bureau of Engraving and Printing | Telephone: (202) 532-4135 |
|  | Facsimile: (202) 307-0345 |
|  | Email: Andrew.Curran2@usdoj.gov |

June 5, 2025